UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
)
YULI MAGALI MENDEZ LUARCA )
      Plaintiff(s), )
)
v. )      Civil Action No. 25-13270-JEK
)
)
)
PATRICIA HYDE, TODD LYONS, KRISTI NOEM )
PAMELA BONDI, and DONALD TRUMP )
      Defendant(s). )
)
_____)

# JUDGMENT

**KOBICK, D.J.**

☐  Jury Verdict. This action came before the court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒  Decision by the Court: In accordance with the Court's Electronic Order dated November 10, 2025, [ECF 9], granting the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241;

**IT IS ORDERED AND ADJUDGED:**

Judgment for the Petitioner Yuli Magali Mendez Luarca

Dated: November 19, 2025

                                          /s/ Haley Currie

                                          Deputy Clerk